448 A.2d 1168

Commonwealth v. Goldberg, Appellant.

Submitted March 29, 1982. Ira Mark Goldberg, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and POPOVICH, JJ.

Order affirmed.

448 A.2d 1169

Commonwealth v. Gonzalez, Appellant.

Submitted September 9, 1981. James J. Phelan, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, POPOVICH and MONTGOMERY, JJ.

Judgment of sentence affirmed.